IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| KENNETH CARDWELL, | : |
| Plaintiff | : |
| VS. | : CIVIL ACTION NO. 1:06-cv-31 (WLS) |
| Dr. DWAYNE AYERS;<br>LINDA BRIDGES, Health Care Administrator, | : |
| Defendants | : **PROCEEDINGS UNDER 42 U.S.C. §1983**<br>**BEFORE THE U. S. MAGISTRATE JUDGE** |
| _____ | : **ORDER** |

On March 20, 2006, Kenneth Cardwell filed "Plaintiff's Objection to a Magistrate Judge."

In an Order of Referral filed March 7, 2006, the Court referred this case to Richard L. Hodge, United States Magistrate Judge. In his Objection to this referral, plaintiff states that Magistrate Judges have an immense case load and "more often than not Magistrate Judges usually rule against pro se litigants who are prisoners."

28 U.S.C. § 636 specifically allows cases to be referred to the United States Magistrate Judge. Additionally, Local Rule 72.1(2) gives the United States Magistrate Judge for the Middle District of Georgia authority to conduct proceedings in "[a]ll cases brought by prisoners filed under 42 U.S.C. § 1983."

Therefore, plaintiff's objection to the referral to United States Magistrate Judge Hodge is **DENIED**.

**SO ORDERED**, this 8th day of MAY, 2006

*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE

Dockets.Justia.com