**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| KENNETH CARDWELL, | : | |
| Plaintiff, | : | |
| v. | : | 1:06-CV-31 (WLS) |
| DR. DWAYNE AYERS and LINDA BRIDGES, | : | |
| | : | 42 U.S.C. § 1983 |
| Defendants. | : | |

## O R D E R

Before the Court is the Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. No. 26), filed December 11, 2006. It is recommended that Plaintiff's motion for default judgment (Doc. No. 14) be denied. Plaintiff has not filed a timely, or any, objection to the Report and Recommendation.

Upon full consideration of the record, the Court finds that said Recommendation should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. Accordingly, Plaintiff's motion for default judgment (Doc. No. 14) is **DENIED.**.

SO ORDERED, this  31st  day of January, 2007.

        /s/W. Louis Sands
        **W. Louis Sands, Judge**
        **United States District Court**