IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| KENNETH CARDWELL, | : | |
| Plaintiff, | : | |
| VS. | : | CIVIL ACTION FILE NO. |
| | : | **1: 06-CV-31 (WLS)** |
| DR. DWAYNE AYERS, and | : | |
| LINDA BRIDGES, | : | |
| Defendants. | : | |

## RECOMMENDATION

Presently pending in this *pro se* prisoner §1983 action is defendants' motion to dismiss the complaint for failure to exhaust administrative remedies (doc. 28).

Subsequent to filing this motion, defendants filed a motion for summary judgment (doc. 42), which also incorporates the issue regarding exhaustion of administrative remedies. In light of the fact that there is currently pending a more comprehensive motion for summary judgment, it is the RECOMMENDATION of the undersigned that defendants' motion to dismiss be **DENIED** without prejudice, and that the issue of exhaustion be determined in conjunction with the motion for summary judgment.

Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable W. Louis Sands, United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

**SO RECOMMENDED**, this 3rd day of August, 2007.

                                                  //S Richard L. Hodge
                                                  RICHARD L. HODGE
                                                  UNITED STATES MAGISTRATE JUDGE

msd